UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN L. PETEREC,

                                  Plaintiff,              12-CV-3944 (CS)

      - against -

                                                        **ORDER**

New York State Police Trooper SCOTT D. HILLIARD, *et al.*,

                                Defendants.
------------------------------------------------------------------------x

Seibel, J.

      There are two motions to dismiss pending in this case. (Docs. 32, 35.) The memoranda of law submitted in connection with those motions are 17 and 13 pages, respectively. (Docs. 32, 35.) Plaintiff has filed two handwritten memoranda of law in opposition. One is 100 pages long, (Doc. 42), and the other is 125 pages long, (Doc. 44), not counting attached exhibits.

      Plaintiff's handwriting seems to consumes about 11 lines per page, give or take. A typewritten page consumes approximately 24 lines per page. Plaintiff's 225 handwritten pages amounts to approximately 103 typewritten pages, well exceeding this Court's page limits for memoranda of law. *See* Individual Practices of Judge Cathy Seibel 2.B.i ("Unless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to 25 pages . . . ") (available at www.nysd.uscourts.gov). Accordingly, Plaintiff's two memoranda of law, (Docs. 42, 44), are hereby stricken.

      Because Plaintiff must respond to 30 pages of briefing by Defendants, I will permit him to file a single, 30-page typewritten brief responding to both motions, or a single, 65-page handwritten brief (with 11 lines per page) responding to both motions. As the previously filed

-1-

briefs contain much duplicative material, this should not be too difficult a task for Plaintiff. Plaintiff may have until March 28, 2013 to do so.  Defendants may reply by April 11, 2013.

To summarize:

1. Documents 42 and 44 are hereby STRICKEN.

2. Plaintiff may, by March 28, 2013, re-submit a single Memorandum of Law responding to both motions to dismiss.  It shall not exceed 30 typewritten pages or 65 handwritten pages of 11 lines per page.

3. Defendants may reply by April 11, 2013.

**SO ORDERED.**

Dated: March 15, 2013
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.