UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN PETEREC,

                  Plaintiff                    **Notice of Motion for**
                                                             **Summary Judgment**

        -against-

                                                     12-Civ-3944 (CS)

NEW YORK STATE POLICE TROOPER
HILLIARD.

                  Defendant.
--------------------------------------------------------------x`

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant's Statement Pursuant to Local Rule 56.1, and Declaration of John Knudsen, and all other prior pleadings and proceedings herein, the undersigned, on behalf of defendant Hilliard will move this Court, before the Honorable Cathy Seibel, United States District Judge, at the Southern District of New York, United States Courthouse, 300 Quarrapos Street, White Plains, New York, for an order pursuant to Rule 56 of the Fed.R. Civ. P. granting defendant's motion for summary judgment on the grounds that there was probable cause to initiate criminal proceedings against plaintiff, there was no post-arraignment deprivation, and that defendant is entitled to qualified immunity, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that papers in response, if any, must be served

by August 25, 2014 pursuant to Order of Judge Seibel.

Dated: New York, New York
      July 14, 2014

                     ERIC T. SCHNEIDERMAN
                     Attorney General of the
                     State of New York
                     Attorney for Defendant Hilliard
                     By:

                     JOHN E. KNUDSEN
                     Assistant Attorney General
                     120 Broadway
                     New York, New York 10271
                     (212) 416-8625

TO:    John Peterec, Pro Se